**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   IDA M LAWERY DIXON                                                   Case No.: 07-12646

            Debtor(s)

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 07/16/2007.

2) This case was confirmed on 09/24/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/20/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/01/2010.

5) The case was dismissed on 04/12/2010.

6) Number of months from filing to the last payment:  31

7) Number of months case was pending:  36

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $     1,300.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 6,950.90 |
| Less amount refunded to debtor | $ 90.68 |
| **NET RECEIPTS** | $ 6,860.22 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,334.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 491.30 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,825.30 |
| Attorney fees paid and disclosed by debtor | $ 166.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICASH LOANS | UNSECURED | 929.50 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL S | UNSECURED | 236.39 | 412.52 | 412.52 | 200.14 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 300.00 | 172.54 | 172.54 | 75.49 | .00 |
| FREEDOM CARD GOLD MA | UNSECURED | 526.00 | 611.16 | 611.16 | 296.54 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1,221.00 | NA | NA | .00 | .00 |
| AT & T BANKRUPTCY | UNSECURED | 204.00 | NA | NA | .00 | .00 |
| CHECK INTO CASH | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 750.00 | NA | NA | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | 1,059.00 | NA | NA | .00 | .00 |
| FASHION BUG/SOANB | UNSECURED | 630.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 380.00 | 443.31 | 443.31 | 215.11 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 173.00 | 201.06 | 201.06 | 87.96 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 500.00 | 1,226.82 | 1,226.82 | 595.24 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 440.00 | 524.52 | 524.52 | 254.48 | .00 |
| HSBC NV | UNSECURED | 349.00 | NA | NA | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| INSTANT CASH ADVANCE | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| LASALLE BANK | UNSECURED | 489.00 | NA | NA | .00 | .00 |
| MEDICAL COLLECTION | UNSECURED | 42.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,368.00 | 1,367.82 | 1,367.82 | 679.99 | .00 |
| PAYDAY LOAN STORE | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 445.00 | 445.00 | 445.00 | 215.93 | .00 |
| TRIBUTE | UNSECURED | 548.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.================================================================================.
| **Scheduled Creditors:**                                                       |
|                                                                                |
| Creditor                 Claim        Claim        Claim      Principal   Int. |
|   Name         Class    Scheduled    Asserted     Allowed       Paid     Paid  |
|                                                                                |
|VILLAGE OF DOLTON DE  UNSECURED   250.00          NA           NA         .00        .00 |
|ASPIRE                UNSECURED       NA      633.59       633.59      307.39       .00 |
|MONROE & MAIN         UNSECURED       NA      154.10       154.10       74.77       .00 |
|SEVENTH AVENUE        UNSECURED       NA       81.86        81.86       31.88       .00 |
.================================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 6,274.30 | 3,034.92 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,825.30 |
| Disbursements to Creditors | $ | 3,034.92 |
| **TOTAL DISBURSEMENTS:** | $ | 6,860.22 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   07/14/2010                                    /s/ Tom Vaughn
                                                      Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**